**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| JYOTHI GUPTA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| UNIVERSITY OF TEXAS MEDICAL | § | |
| BRANCH, DR. JOCHEN REISER, in his | § | |
| official capacity as President of UTMB; | § | |
| DR. SUSAN CHUBINSKAYA, in her | § | |
| official capacity as Interim Provost of UTMB; | § | |
| DR. MELINDA SHEFFIELD-MOORE, in her | § | |
| official capacity as Interim Dean of UTMB's | § | |
| School of Health Professions; and DR. EDDIE | § | |
| SALAZAR, in his official capacity as UTMB's | § | |
| Interim Chair of Occupational Therapy | § | |
| | § | |
| *Defendants.* | § | |

---

**PLAINTIFF'S ORIGINAL COMPLAINT**

---

NOW COMES JYOTHI GUPTA, Plaintiff in the above-styled and numbered cause, and files this Original Complaint against Defendants UNIVERSITY OF TEXAS MEDICAL BRANCH ("UTMB"); DR. JOCHEN REISER, in his official capacity only, as President of UTMB; DR. SUSAN CHUBINSKAYA, in her official capacity only, as Interim Provost of UTMB; DR. MELINDA SHEFFIELD-MOORE, in her official capacity only, as Interim Dean of UTMB's School of Health Professions; and DR. EDDIE SALAZAR, in his official capacity only, as UTMB's Interim Chair of Occupational Therapy. Plaintiff would respectfully show the Court the following:

**PLAINTIFF'S ORIGINAL COMPLAINT**                                                                                    **1**

## I. **PARTIES**

1.1    Plaintiff JYOTHI GUPTA ("Dr. Gupta" or "Plaintiff") is an individual residing in Travis County, Texas.

1.2    Defendant UNIVERSITY OF TEXAS MEDICAL BRANCH ("UTMB" or "the university" or "Defendant") is an arm or instrumentality of the State of Texas, and is a public university organized under the laws of the State of Texas. Defendant may be served by serving Dr. Jochen Reiser in his capacity as President of UTMB, 301 University Blvd., Galveston, Texas 77555.

1.3    DR. JOCHEN REISER is an individual residing in the Southern District of Texas, and is the President of Defendant UTMB. He is sued here in his official capacity only. DR. JOCHEN REISER may be served at his place of employment, 301 University Blvd., Galveston, Texas 77555.

1.4    DR. SUSAN CHUBINSKAYA is an individual residing in the Southern District of Texas, and is the Interim Provost of Defendant UTMB. She is sued here in her official capacity only. DR. SUSAN CHUBINSKAYA may be served at her place of employment, 301 University Blvd., Galveston, Texas 77555.

1.5    DR. MELINDA SHEFFIELD-MOORE is an individual residing in the Southern District of Texas, and is Interim Dean of Defendant UTMB's School of Health Professions.  She is sued here in her official capacity only. DR. MELINDA SHEFFIELD-MOORE may be served at her place of employment, 301 University Blvd., Galveston, Texas 77555.

1.6    DR. EDDIE SALAZAR is an individual residing in the Southern District of Texas, and is Defendant UTMB's Interim Chair of Occupational Therapy. He is sued here in his official capacity only. DR. EDDIE SALAZAR may be served at his place of employment, 301 University

**PLAINTIFF'S ORIGINAL COMPLAINT**                                                                                      2

Blvd., Galveston, Texas 77555.

## II.  JURISDICTION AND VENUE

2.1     This Court has jurisdiction over this action under 28 U.S.C. § 1331 because one or more of Plaintiff's causes of action is created by federal law, specifically the Age Discrimination in Employment Act of 1967 (29 U.S.C. §§ 621 *et. seq.*) (the "ADEA"); the provisions of 42 U.S.C. §§ 1981, 1983, and 1988 ("Section 1983"); Title VII of the Civil Rights Act of 1964, (42 U.S.C. § 2000e *et seq.*) ("Title VII"), as well as under the 14th Amendment to the United States Constitution.

2.2     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b), as all or part of Plaintiff's claims accrued in Galveston County, Texas, which is within this district and division.

2.3     This Court has jurisdiction over UTMB with respect to Dr. Gupta's Title VII claim, because Congress abrogated Eleventh Amendment state sovereign immunity through "appropriate legislation" – the 1972 amendment to 42 U.S.C. § 2000e(a) – as permitted by Section 5 of the Fourteenth Amendment. *Fitzpatrick v. Bitzer*, 427 U.S. 445, 447-448, 456-457 (1976).

2.4     This Court has jurisdiction over Defendants Dr. Jochen Reiser, Dr. Susan Chubinskaya, Dr. Melinda Sheffield-Moore, and Dr. Eddie Salazar (collectively, the "Administrator Defendants") in their official capacities with respect to Dr. Gupta's ADEA claim and her Constitutional claim brought pursuant to Section 1983, under the holding of *Ex parte Young*, 209 U.S. 123 (1908). Dr. Gupta seeks only prospective and injunctive relief under the ADEA and Section 1983, against the Administrator Defendants.

## III.  FACTUAL BACKGROUND

3.1     Dr. Gupta has close to thirty years of experience as a faculty member in the field of occupational therapy ("OT"). For over twenty years she held tenured faculty positions in multiple

OT departments, including full professorships at the last two institutions where she was employed prior to UTMB. She brought her skills to UTMB in November 2022, and the school recognized her achievements and stature by hiring her as a tenured Full Professor, who would serve as a faculty member and also as chair of the OT department. Her appointment letter set forth that her chair position was for five years, if performance standards were met; the tenured faculty position was open-ended. A true and correct copy of her September 13, 2022, appointment letter is attached hereto as Exhibit A-1.

3.2     In early October 2022, before her official start date, the Executive Vice Chancellor for Health Affairs of the University of Texas System, along with UTMB's interim president, approved Dr. Gupta's appointment as tenured Professor and Chair, upon the recommendation of UTMB's interim provost and the Appointment, Promotion, and Tenure Committee of UTMB's School of Health Professions. A true and correct copy of such correspondence is attached hereto as Exhibit A-2, showing that Dr. Gupta began her employment as a tenured full professor at UTMB.

3.3     On November 18, 2022, UTMB's interim president approved Dr. Gupta's appointment, upon the recommendation of UTMB's interim provost, and Dr. Gupta's dean, to be holder of the endowed professorship which accompanied her chair position. A true and correct copy of the correspondence evidencing such appointment is attached as Exhibit A-3.

3.4     Dr. Gupta served as a full-time faculty member as well as department chair until February 2025, receiving strong, "Exceeds Expectations" performance evaluations.

3.5     The OT department at UTMB is part of the School of Health Professions ("SHP"). In February 2025, Dr. Gupta and Dr. David Brown, who was then Dean of SHP, agreed that Dr. Gupta would take on a new role, as Director of External Campus Programs. A new appointment

**PLAINTIFF'S ORIGINAL COMPLAINT**                                          **4**

letter, dated February 13, 2025, was signed. A true and correct copy of such appointment letter is attached hereto as Exhibit B.

3.6     The new appointment arose from discussions between Dean Brown, Dr. Gupta as OT Chair, and Interim Administrator (ASGVII) Rachelle Mainard, who serves an administrative role at SHP, including participation in fiscal and strategic decision-making, and was involved in critical discussions concerning the OT department. In discussing how SHP would spend down grant funds it had received from the UT System Office, for purposes of starting an OT program in Laredo, Texas, Dr. Gupta suggested that grant funds be used to pay her entire salary. She was already devoting most of her efforts to the Laredo program's development and accreditation. She had authored the grant proposal for UTMB to obtain the grant in question and knew that grant would be a reliable source of funding for her salary, given the UT System's commitment to the Laredo project. Thus, she agreed to accept the new appointment as Director of External Campus programs. She did not formally resign from her post as Chair.

3.7     Under the new appointment, Dr. Gupta's tenured faculty position remained as a secondary appointment. As set forth in the February 13, 2025, appointment letter, "In addition to your primary appointment as Director of External Campus Programs, You will hold a secondary appointment, as without salary, Professor, tenured, in the Department of Occupational Therapy." Exhibit B.

3.8     However, late in March 2025, Dr. Brown was terminated from his position as dean of SHP, and Dr. Melinda Sheffield-Moore became interim dean. On March 31, 2025, Dr. Gupta was scheduled to meet with Interim OT chair Dr. Eddie Salazar to discuss accreditation for the OT department. The interim dean, Dr. Sheffield-Moore, joined the meeting, along with a representative from human resources. They informed Dr. Gupta that her position had been

**PLAINTIFF'S ORIGINAL COMPLAINT**                                                    **5**

terminated for reasons of fiscal exigency. They further informed her that she could choose to retire, resign, or look for another job.

3.9    Dr. Gupta received written notice of this termination, informing her that her employment would end May 30, 2005. A true and correct copy of such letter is attached hereto as Exhibit C. The letter took the form of a reduction in force notice, and even referenced UTMB's Institutional Handbook of Operating Procedures (IHOP) Policy 3.1.9, which governs Reduction in Force. IHOP 3.1.9, however, by its terms, "does not apply to faculty [or] those appointed to positions funded by grants and contracts." Not only was Dr. Gupta's appointed position as Director of External Campus Programs to be funded by the grant referenced above, but she was also a tenured faculty member. At the time she was terminated, there were five open faculty positions in the OT department at UTMB.

3.10    The reason given by UTMB and its administrators, fiscal or financial exigency, was a pretext, and not worthy of credence. Dr. Gupta, having been involved in obtaining the University of Texas Systems Office grant which was to fund her Director salary, and as chair of the OT department for over two years, was intimately familiar with the finances of the department. There were open faculty positions, and there remained sufficient funds in the department budget and the UT Systems grant supporting her position as Director of External Campus Programs far beyond May 30, 2025.

3.11    UTMB's reasons are further seen to be pretextual and discriminatory in that the university and its administrators violated their own policies. As set forth above, the use of the "RIF" IHOP, despite Dr. Gupta being a faculty member and having an appointment funded by a grant, was unfounded. Second, having granted Dr. Gupta tenure, and recognizing her continuing appointment as a "Professor, tenured, in the Department of Occupational Therapy," UTMB and

its administrators were bound by the school's and the UT System's policies requiring due process in the termination of tenured faculty. UT Regents' Rule 38007 provides as follows:

> Sec. 1  Granting of Tenure.   Tenure denotes a status of continuing appointment as a member of the faculty at an institution of The University of Texas System. The granting of tenure means the entitlement of a faculty member of an institution of higher education to continue in the faculty member's academic position unless dismissed by the institution for good cause in accordance with Regents' Rule 31008. The granting of tenure may not be construed to create a property interest in any attribute of a faculty position beyond a faculty member's continuing employment, including the faculty member's regular annual salary and any privileges incident to the faculty member's status as a tenured professor.

3.12    Regents' Rule 31008, in turn, provides the "procedures for the involuntary termination for good cause of a tenured faculty member." In short, the UT System provides specific due process protections for tenured faculty, and the school bears the burden of showing good cause for termination. The due process provisions required by Regents' Rule 31008 do not apply if an academic position or program is eliminated "due to an institutional financial exigency." Regents Rule 31003, Sec. 3. However, even if there had been a financial reason for eliminating Dr. Gupta's Director position, there was no "financial exigency" causing the "elimination" of her academic position as a tenured Full Professor of Occupational Therapy. There were five open faculty positions in the OT department, and even now there are openings.

3.13    In further deviation from the policies governing UTMB, OT faculty positions have been filled with non-tenure track faculty. If UTMB claims that the financial exigency exception of Regents' Rule 31003 permitted it to eliminate Dr. Gupta's position as a tenured full professor of Occupational Therapy, without giving her due process or terminating her for cause, it has failed to abide by Section 3.4 of such rule, requiring a faculty member having tenure to be given preference over non-tenured faculty. UTMB has certainly not notified Dr. Gupta of any vacancy in her field

**PLAINTIFF'S ORIGINAL COMPLAINT**                                                  **7**

of teaching, which Section 3.6 of Regents' Rule 31003 requires it to do, when faculty have been eliminated due to "financial exigency."

3.14    Absent financial exigency, which did not exist in this case, tenured faculty can only be removed if the university shows cause, through a hearing at which UTMB would bear the burden of proof. Regents' Rule 31008, Section 6.4. Thus, Dr. Gupta lost her protected property interest in her tenured position without due process, and in violation of her rights under the Fourteenth Amendment.

3.15    When a tenured faculty member, such as Dr. Gupta, accepts an administrative post, and where they expressly retain their tenure, the universal practice is for the faculty member to return, if they choose, to a normal faculty position, performing teaching and research, when the administrative position ends. Here, Dr. Gupta had strong performance reviews, seniority in the department, content expertise, and national recognition. She had been instrumental in obtaining the UT System grant to fund an OT program in Laredo, and developing a hybrid curriculum model for Laredo – the first and only hybrid OT program in Texas at a public university. Such program continues, with fourteen Laredo students, as of the filing of this action.

3.16    Despite five open faculty positions in her department at the time of her termination, UTMB inexplicably refused Dr. Gupta the opportunity to return to faculty, suggesting that she could retire or resign, but that she would no longer be an employee. Not only did this violate her right to due process, it was discriminatory.

3.17    Dr. Gupta is 70 years of age. She is originally from India. Based on the lack of any justification for UTMB's actions in stripping her of all salary, disregarding Dr. Gupta's rights to due process prior to termination, and refusing to offer her one of the open faculty positions in OT to which her tenured position entitled her, these decisions were made based on her Indian origin

and/or her age. She faces substantial hardship in seeking another job at her age, and cannot feasibly relocate to another state at this point in her life. Her job prospects are limited, and UTMB's actions have therefore damaged her through loss of salary for the remaining few years she planned to work.

3.18    On or about May 1, 2025, Dr. Gupta filed a charge with the EEOC asserting that she had been discriminated against based on her age and her national origin. Her charge was assigned number 460-2025-06288. On September 8, 2025, the EEOC issued its notice of right to sue, giving Dr. Gupta ninety days to file her lawsuit. She timely brings this lawsuit asserting age discrimination and national origin discrimination. She sues UTMB directly under Title VII for discrimination based on national origin. She sues the Administrator Defendants in their official capacities, for prospective and injunctive relief (1) under the ADEA for discrimination based on age, and (2) pursuant to Section 1983 for violation of her rights under the Fourteenth Amendment.

## IV.  <u>CAUSES OF ACTION</u>

4.1    ***Alternative Pleadings***.  To the extent necessary, each of the claims set forth below is pleaded in the alternative, and all allegations contained in each count below are incorporated into each other count by this reference. Further, to the extent necessary, all allegations set forth above in Section III. <u>Factual Background</u> (paragraphs 3.1 through 3.18) of this Complaint are hereby referenced and fully incorporated in each of the claims below by this specific reference, as though set forth in full.

**Count 1:**    **Against UTMB, for employer discrimination on the basis of national origin, in Violation of Title VII**

4.2    Title VII prohibits discrimination based on race, color, religion, sex, or national origin. *See* 42 U.S.C. §2000e-2(a)(1). Specifically, Title VII prohibits discrimination based on

those characteristics "with respect to [an employee's] compensation, terms, conditions, or privileges of employment."

4.3    As set forth above, UTMB discriminated against Dr. Gupta based on her national origin, and she brought an EEOC charge alleging such discrimination. She received a right to sue letter from EEOC, and having exhausted her administrative remedies, timely brought this lawsuit.

4.4    The termination of Dr. Gupta's employment from her administrative position, her termination without due process despite her tenure, and the refusal to offer her positions for which she was qualified, were all adverse employment actions taken because of Dr. Gupta's protected class, that is, being of Indian national origin. Dr. Gupta sues UTMB seeking all relief available under Title VII for the damages resulting from this discrimination, including back pay, front pay, reinstatement, compensatory damages, attorneys' fees, costs, and expert fees.

**Count 2:**    **Against Defendants Dr. Jochen Reiser, President of UTMB, Dr. Susan Chubinskaya, Interim Provost; Dr. Melinda Sheffield-Moore, Interim Dean of SHP; and Dr. Eddie Salazar, Interim Chair of Occupational Therapy, in their official capacities, for discrimination on the basis of age, in Violation of the ADEA**

4.5    Plaintiff brings this claim under the ADEA, against the Administrator Defendants in their official capacities, seeking prospective and injunctive relief. The Eleventh Amendment may shield the university itself from claims under the ADEA, but claims against individual administrators in their official capacities, for prospective or injunctive relief, to halt ongoing violations of federal law, is permitted. *Ex parte Young*, 209 U.S. 123 (1908). Plaintiff seeks such relief for violations of the ADEA.

4.6    The ADEA prohibits discrimination on the basis of age. As set forth above, UTMB, and the administrator defendants, in their official capacities, discriminated against Dr. Gupta based on her age, suggesting that she retire when they terminated her administrative appointment. She

**PLAINTIFF'S ORIGINAL COMPLAINT**                                    **10**

brought an EEOC charge alleging such discrimination. She received a right to sue letter from EEOC, and having exhausted her administrative remedies, timely brought this lawsuit.

4.7    The termination of Dr. Gupta's employment from her administrative position, her termination without due process despite her tenure, and the refusal to offer her positions for which she was qualified, were all adverse employment actions taken because of Dr. Gupta's protected class, that is, being 70 years of age. Dr. Gupta sues the Administrator Defendants in their official capacities, because the OT department chair, the Dean of SHP, and the Provost are those officials who were directly involved in the wrongful actions, which violated the ADEA, and those officials have the authority to cease such ADEA violations, by reinstating Dr. Gupta. In addition, Dr. Gupta sues UTMB's president because her 2025 appointment letter states that her Director appointment "serves at the discretion of [UTMB's] President," and because the president's action may be required to reinstate Dr. Gupta to her faculty position.

**Count 3:**    **Against Defendants Dr. Jochen Reiser, President of UTMB, Dr. Susan Chubinskaya, Interim Provost; Dr. Melinda Sheffield-Moore, Interim Dean of SHP; and Dr. Eddie Salazar, Interim Chair of Occupational Therapy, in their official capacities, for deprivation of property interest, in Violation of the Fourteenth Amendment**

4.8    Plaintiff brings this claim under 42 U.S.C. § 1983, against the Administrator Defendants, in their official capacities, seeking prospective and injunctive relief. As employees and administrators of a public university, these defendants are state actors and subject to suit under § 1983. The Eleventh Amendment may shield the university itself from claims under § 1983, but claims against individual administrators in their official capacities, for prospective or injunctive relief, to halt ongoing Constitutional violations, is permitted. *Ex parte Young*, 209 U.S. 123 (1908). Plaintiff seeks such relief for violations of her Constitutional rights under the Fourteenth Amendment.

**PLAINTIFF'S ORIGINAL COMPLAINT**    **11**

4.9      UTMB, and the Administrator Defendants, violated Plaintiff's Fourteenth Amendment right to due process, depriving her of the valuable property interest in her ongoing employment as a tenured professor, including meaningful employment generating a salary as a full-time faculty member. By terminating Plaintiff's employment when her administrative appointment ended, without cause and without a hearing, deprived her of her property interest in her tenured position. Under *Texas Education Code 51.942*, as well as under applicable UTMB and UT System policies, as referenced above, tenured professors are guaranteed continuation in their academic position absent a show of good cause through due process. No cause was established, and no process afforded, violating due process as articulated in *Bd. of Regents v. Roth*, 408 U.S. 564 (1972).

4.10     Plaintiff is entitled to judgment ordering the Administrator Defendants to restore her to her position as tenured faculty in the department of Occupational Therapy, as of Fall 2025 (or as of such earlier time as may be shown to be appropriate), with a salaried faculty position, and for such other relief as may be permitted under applicable law. Dr. Gupta sues the Administrator Defendants in their official capacities, because the OT department chair, the dean of SHP, and the Provost are those officials who were involved in the wrongful actions, which violated her Constitutional rights, and those officials have the authority to cease such violations, by reinstating Dr. Gupta to a paid, tenured, faculty position. In addition, Dr. Gupta sues UTMB's President, to the extent he was involved in such actions (since her other appointment, as director, served at his discretion), and to the extent the action of UTMB's president may be required to reinstate Dr. Gupta to her faculty position.

## V.  <u>REQUESTED RELIEF</u>

5.1    As the direct and/or proximate result of Defendants' actions complained of herein,

**PLAINTIFF'S ORIGINAL COMPLAINT**                                                          **12**

Plaintiff has been damaged and seeks recovery of the full measure of relief and damages against Defendants permitted by law, including:

(a) economic damages, compensatory damages (including mental and physical anguish and emotional distress), and equitable relief against UTMB for discrimination in violation of Title VII;

(b) prospective and injunctive relief against the Administrator Defendants, in their official capacities, for violations of the ADEA, including reinstatement to her position as a tenured faculty member of UTMB's Occupational Therapy department, including her regular annual salary and any privileges incident to her status as a tenured Full Professor;

(c) prospective and injunctive relief against the Administrator Defendants, in their official capacities, for violations of Dr. Gupta's constitutional rights, including either the due process required under Regents' Rule 31008, or reinstatement to her position as a tenured faculty member of UTMB's Occupational Therapy department, including her regular annual salary and any privileges incident to her status as a tenured Full Professor; and

(d) such other relief to which she may be entitled.

## VI.  FEES, COSTS, AND INTEREST

6.1     Plaintiff has retained the law firm of Hill Gilstrap, P.C. to represent her in connection with this matter, and has agreed to pay the law firm its reasonable and necessary attorneys' fees and costs in connection with such representation. Without waiving and/or limiting any other relief requested, Plaintiff seeks to recover her reasonable and necessary attorneys' fees and costs incurred and to be incurred in bringing this suit and in all appeals of this suit, as permitted by law or in equity, specifically including 42 U.S.C. § 2000e-5(k), 29 U.S.C. §§ 626; and 42 U.S.C. § 1988.

**PLAINTIFF'S ORIGINAL COMPLAINT**                                                    **13**

6.2    Plaintiff is also entitled to and seeks to recover costs of court, expert witness fees, and pre-judgment and post-judgment interest at the maximum rate permitted by law.

## VII.  <u>CONDITIONS PRECEDENT</u>

7.1    All conditions precedent to the Plaintiff's recovery on the claims alleged herein have been performed or have occurred.

## VIII.  <u>DEMAND FOR JURY TRIAL</u>

8.1    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff requests a jury trial and has tendered, or will tender, the requisite fee.

## <u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that upon final hearing, Plaintiff recover judgment against Defendants and be awarded:

(a)    any and all amounts recoverable and/or recognizable as damages under law and/or in equity, resulting and/or occasioned by the wrongful acts and/or conduct of UTMB (as set forth above more specifically), including both actual and nominal damages;

(b)    prospective injunctive relief against the Administrator Defendants in their official capacities (as set forth above more specifically in Section V above);

(c)    her litigation expenses and costs, including but not limited to his attorneys' fees and costs and any applicable expert fees, against UTMB;

(d)    costs of court, pre-judgment and post-judgment interest, at the maximum rate as allowed by law; and

(e)    such other and further relief, both general and special, at law or in equity, to which he may be justly entitled.

Respectfully submitted,

*/s/ Frank Hill*
FRANK HILL (Attorney-in-Charge)
Texas Bar No. 09632000
SDTX Federal No. 170114
fhill@hillgilstrap.com
STEFANIE M. KLEIN
Texas Bar No. 11565650
SDTX Federal No.594103
sklein@hillgilstrap.com
HILL GILSTRAP, P.C.
1400 West Abram Street
Arlington, Texas 76013
Telephone (817) 261-2222 telephone
Facsimile (817) 861-4685


**COUNSEL FOR PLAINTIFF
JYOTHI GUPTA**

## OFFICE OF FACULTY RELATIONS
## POWER COVER PAGE

**FOR INTERNAL USE ONLY**

Date Received _____

Accepted By _____

Reviewed By _____

| Department Contact | Extension/ Contact |
|---|---|
| Leticia Ford, Judith Wolf | 23001, 23002 |

| First Name | Last Name | Academic Suffix |
|---|---|---|
| Jyothi | Gupta | PhD, OTR |

| Department Name | Occupational Therapy |
|---|---|

| Job Title | Professor & Chair |
|---|---|

| Requisition # | Job Code | Hire Type |
|---|---|---|
| 2106305 | F0040 | New Hire |

**NOTES:**

**Checklist:**

☑ **Letter/Memo**          _____

☑ **CV/Resume UTMB Format**     _____

☑ **MOA**               _____

☐ **Other/ Supporting Documentation**  _____

• For questions please contact Faculty Relations via email facrelrq@utmb.edu

**EXHIBIT A-1**



September 13, 2022

Jyothi Gupta, PhD, OTR
7291 North Scottsdale Road
Paradise Valley, AZ 85253

Dear Dr. Gupta:

We are pleased to offer you a full-time faculty appointment of Professor and Chair, tenured, in the Department of Occupational Therapy, School of Health Professions at the University of Texas Medical Branch (UTMB). Your appointment is contingent upon the successful completion of the Appointment, Promotion, and Tenure (APT) process in the School of Health Professions. In the event that your appointment is pending APT approval at the time of your hire, you will be hired into the position of Assistant Professor until your appointment is approved. In addition, your recommendation for tenure will be subject to final approval by UT System. You will be reporting to me and your start date will be on or about November 28, 2022.

In addition to your faculty appointment, you will also have an administrative appointment as Chair.

Your appointment to the position indicated above is contingent upon, but not limited to, receipt of an official transcript verifying your highest/terminal degree; verification that you are not excluded from any federal or state health care program; successful completion of pre-employment substance abuse screening; satisfactory UTMB and/or TDCJ criminal background check; verification of your references, education, applicable credentials and; confirmation that you are legally authorized to work in the United States.

**Responsibilities and percentage of effort:**

You will be considered part of the Occupational Therapy department core faculty and your primary responsibilities will include, but are not limited to, provide leadership and direction to departmental faculty on matters of curriculum and instruction; ensure that accreditation standards are met and that the best educational practices in the field are known and applied by faculty; develop and apply effective mechanisms for course and curriculum improvements, include periodic surveys of graduates and provide future planning and development of new programs. Together, we will complete your initial planning document to outline activities for the next year and you will be subject to the annual faculty evaluation process.

- Research - 15 %:
  - Conduct research around area of expertise and interest.

- Education -15%:
  - Develop and implement strategies to ensure a continuous stream of highly qualified applicants into the program sufficient to meet or exceed capacity.
  - Encourage diversity, equity, and objectivity in student recruitment and selection.
  - Foster curricular and instructional approaches that recognize differences in individual learning, that encourage problem solving, and that facilitate the acquisition of competencies and skills in

**EXHIBIT A-1**

Jyothi Gupta, PhD, OTR
Department of Occupational Therapy
Page 3 of 8

the most efficient and effective manner possible.

- Administrative/Academic -70%:
  - Develop, maintain and implement recruitment strategies that are sufficient to maintain enrollment at or above program capacity.
  - Attend to issues influencing faculty, staff and student morale.
  - Ensure compliance with institutional and system personnel policies.
  - Provide for regular staff evaluations and development.
  - Identify and pursue opportunities to enhance public relations through institutional, local, regional and national media reports, through public appearances and through social interaction.
  - Manage expenditures and revenues to create a balanced operational budget.
  - Foster and obtain training and research grants sufficient to offset operating deficits.
  - Develop clinical opportunities with UTMB Health Care System.
  - Identify and cultivate development opportunities (e.g., donations, communication with alum, grants and requests for scholarships and endowments; revenue generating activities) in collaboration with the Office of Development and the Dean's Office.
  - Be familiar with system, institution and schoolwide policies regarding fiscal and resource management and demonstrate and expect compliance with them.

**Compensation:**

Your institutional salary will be $175,000 per year. Your administrative salary related to your administrative appointment will be $122,500, which is included in your institutional salary. Should you cease to hold your administrative appointment, your institutional salary may be reduced accordingly. Increases in compensation will be based on performance, and the availability of funds.

Effective FY23, you will be eligible to participate in the Provost-At-Risk Compensation Program for up to 15% of your institutional salary. Similar to the A&P At Risk Plan, the president of UTMB or his/her designee can modify/terminate the At-Risk Compensation Program at any time based on financial or operational considerations.

As a new faculty member, you will meet with Dr. Brown to develop a faculty mentoring plan within 90 days of your start date and then quarterly follow-up meetings will be scheduled during your first year. At the conclusion of your first year, we will establish a meeting schedule going forward to review your progress.
You will receive up to $350,000 in start-up funds with up to $250,000 supported by new Provost commitment funds, and up to $100,000 supported by Dean commitment funds. These funds will be available to you for the purposes of faculty and staff recruitment to include salary, fringe benefits, and start-up packages, and will be based on the availability of funding for hires.  At this time we anticipate faculty hiring will begin in FY23.

It is our expectation that research faculty that are successfully recruited will have secured extramural funding to support salary coverage by the end of year two.

These funds will be available for your use over a three year period. A 'no-cost extension' in year four can be requested using any unused balances from years one through three with a maximum carry-over of $50,000 for year four. Request for year four funding should be made in writing six months in advance of the start of year four, is not guaranteed, and subject to Provost approval. In addition, you will have access

**EXHIBIT A-1**

Jyothi Gupta, PhD, OTR
Department of Occupational Therapy
Page 4 of 8

to Departmental equipment and personnel resources including research staff.

We will submit a request for your appointment to the Robert Kendall Bing Distinguished Professorship in Occupational Therapy, wherein the expectation is, as for other UTMB endowed professorship, that 50% of the annual returns will be used to support your institutional salary and the remainder used at your discretion to support personal, professional initiatives as guided by the donative agreement. Your endowment appointment will require approval by the committee, the EVP/Provost, and the President. The endowment provides funds of up to approximately $23,000 annually.

You are eligible to receive relocation assistance reimbursement (from the department) up to a maximum of $20,000 to cover eligible moving expenses. These include reasonable and customary expenses for items directly related to the movement of your household goods such as costs of packing, crating, and shipping furniture and other household and personal items for you and the household members. Expense not covered include, but are not limited to, closing costs, loss of rental deposits, utility hookup charges and/or deposits, re-licensure of automobiles. Monies for your move may be subject to income tax regulations. The University has contracts with Armstrong Relocation and Berger Transfer and Storage. We ask that you contact them to obtain estimates for your move. Our Armstrong Relocation representative is Rob Hurt, (901-367-3064) or (800-288-7396) and our Berger Transfer and Storage representative is Mark McIntyre (800-678-3980). All moves must be completed within 18 months of initial appointment.

**Benefits:**

On your first day of employment with UTMB, you will also have immediate access to a dynamic benefits program and paid time off program. For more information, please visit the UTMB benefits website at http://hr.utmb.edu/hrbbc/benefits/.

You will be expected to abide by and enforce all compliance requirements and policies and perform your responsibilities in an ethical manner consistent with the UTMB Standard of Conduct Guide, the Rules and Regulations of the Board of Regents, and the Institutional Handbook of Operating Procedures (IHOP).

We hope you find this offer acceptable, and we will do our very best to make your faculty appointment at UTMB happy, productive, and mutually rewarding. We look forward to your written acceptance of this opportunity and our continuing association.

Please confirm your acceptance of this offer by signing and returning this offer letter by September 23, 2022. If your signed acceptance is not received by this date, this offer will expire.

Sincerely,

David A. Brown, PT, PhD, FAPTA
Senior Vice President and Dean
School of Health Professions
George T. Bryan Distinguished Professor

**EXHIBIT A-1**

Jyothi Gupta, PhD, OTR
Department of Occupational Therapy
Page 5 of 8


APPROVED:


_____
Loren Skinner, MBA
VP & Chief Administrative Officer
Academic Enterprise


**Enclosures:**

Attachment 1 :    Memorandum Of Appointment (MOA)

ACCEPTANCE:    Jyothi Gupta    Digitally signed by
Jyothi Gupta
Date: 2022.09.15
06:44:58 -07'00'
_____
Jyothi Gupta, PhD, OTR

Name: Jyothi Gupta, PhD, OTR

 Health

**HEALTH AFFAIRS FORM - UTMB SCHOOL OF HEALTH PROFESSIONS**
**FACULTY MEMORANDUM OF APPOINTMENT (MOA)**
**2023 Plan Year**

**Name:** Jyothi Gupta, PhD, OTR                    **Date:**    September 13, 2022

The Board of Regents of The University of Texas System has authorized your appointment to the following position(s) at The University of Texas Medical Branch at Galveston:

| Administrative Title | Percent Time | Budget Period |
|---|---|---|
| Chair | 70% | 09/01/2022- 08/31/2023 |
| **Academic Title** | **Percent Time** | **Tenure Status** |
| Assistant Professor | 30% | Non-Tenure Track |
| **Department** | **Period Of Appointment** | **Budget Period** |
| Occupational Therapy | 11/28/2022- 08/31/2023 | 09/01/2022- 08/31/2023 |

**COMPENSATION (ANNUALIZED)**

|  | Compensation Components | At Risk |
|---|---|---|
| A: Rank-Based Salary Component (Fixed) | $55,000 | |
| B: Titled Administrative Role Component (if applicable) | $122,500 | |
| C1: Mission-based Component | | |
| C2. Production-based Component | | |
| **Base Faculty Compensation (annualized)** | $175,000 | |
| D1. Individual Incentive Compensation Component (estimated) | $26,250 | |
| D2. Group / Quality / Institutional Incentive Compensation Component (estimated) | | |
| **Total Compensation** | $201,250 | |

**EXHIBIT A-1**

Name: Jyothi Gupta, PhD, OTR



Your Total Faculty Compensation is comprised of your Institutional Salary and potential Incentive Compensation, if applicable. The estimated Total Faculty Compensation listed herein is the gross amount for this fiscal year only and is subject to deductions required by state and federal law and, if permitted by law, other deductions that you may authorize.

Please note your Institutional Salary may be adjusted if you do not meet your productivity and performance expectations and established benchmarks as set forth in your annual electronic Faculty Effort and Expectation Agreement ("FEEA") as required by UTMB's Faculty Compensation and Incentive Plan (the "Plan"), which is available upon request. During the subvention/ramp-up period (as indicated in the offer letter, if applicable) your institutional salary will not be subject to any salary adjustments.

Total Faculty Compensation may be increased or decreased in subsequent budget periods. The obligation for payment of any portion of your compensation as determined by the Plan that is payable from contracts, grants, gifts, bequests, endowments, the Faculty Service Research and Development Plan ("Faculty Practice Plan"), or other funding sources is dependent upon receipt of those funds. You also will receive such employee benefits as may be authorized by applicable laws and, for faculty in the School of Health Professions, by the Bylaws and Faculty Practice Plan.

This appointment is subject to the provisions of the Rules and Regulations of the Board of Regents of The University of Texas System, U.T. System's policies, the rules and regulations of the University, and applicable state and federal laws and regulations.

Your administrative appointment is without term and is subject to termination at the pleasure of the President and/or the Provost. Consequently, upon review and approval by the President and/or the Provost, s/he may terminate your administrative appointment with or without notice. Additionally, in the event your administrative appointment is terminated, your associated compensation for those specified administrative duties will be terminated or your job responsibilities will be reallocated. If the latter occurs, the President and/or Provost will adjust your compensation to reflect the reallocated effort.

Your academic appointment will terminate without prior notice at the end of the stated period of appointment. Appointment for an additional period is at the discretion of UTMB and, in accordance with applicable law, the Rules and Regulations of the Board of Regents for the University of Texas System, and UTMB's established policies and procedures, no non - tenured faculty member shall expect continued employment beyond the period of his or her current appointment.

Please indicate your acceptance of this appointment by signing and dating this Memorandum in the space indicated below and return it as soon as possible. You will receive a revised Memorandum of Appointment if there is a change in your appointment status and/or Institutional Salary during the indicated budget period.

**EXHIBIT A-1**

Name:  Jyothi Gupta, PhD, OTR

**utmb** Health

_____

Chair of Department*

_____

Dean

_____

Provost Office

_____

President ad interim

I accept this appointment

Jyothi Gupta    Digitally signed by
                Jyothi Gupta
                Date: 2022.09.15
                06:45:11 -07'00'

Date: _____

Signature

\* If the administrative unit does not have a Chair, substitute the title of the head of the unit.

**EXHIBIT A-1**

Jyothi Gupta, PhD, OTR
Department of Occupational Therapy
Page 5 of 8

APPROVED:

_____

Loren Skinner, MBA
VP & Chief Administrative Officer
Academic Enterprise

**Enclosures:**

Attachment 1 :    Memorandum Of Appointment (MOA)

ACCEPTANCE:    _____

Jyothi Gupta, PhD, OTR

**EXHIBIT A-1**

**utmb** Health

Name:  Jyothi Gupta, PhD, OTR

_____

Chair of Department*

_____

Dean

_____

Provost Office

_____

President ad interim

I accept this appointment

_____          Date:  _____
Signature

* If the administrative unit does not have a Chair, substitute the title of the head of the unit.

**EXHIBIT A-1**



October 03, 2022

John M. Zerwas, MD
Executive Vice Chancellor for Health Affairs
The University of Texas System
210 West 7th Street
Austin, TX 78701-2982

Dear Dr. Zerwas:

Your approval is requested to appoint Jyothi Gupta, PhD, as Professor and Chair with tenure, in the Department of Occupational Therapy, in the School of Health Professions effective November 28, 2022, at annual salary of $175,000, which will be funded by The Department of Occupational Therapy. The Appointment, Promotion and Tenure Committee of the Faculty in the School of Health Professions has approved Dr. Gupta as Professor and Chair with the award of tenure.

Dr. Gupta received her PhD degree from the University of Windsor in 1987. She also received a Bachelor of Science degree in Biological Sciences in 1975. Dr. Gupta participated in several Postdoctoral Fellowships in the Department of Biology (1986-1988) at the University of Waterloo, the Department of Pharmacology (1989) at Dalhousie University, and the Department of Biochemistry (1990-1992) and the Cancer Research Group (1994-1995) at McMaster University. She has held numerous committee membership positions ranging from the Society for the Study of Occupation Scientific Review Committee (2012-2014); Multicultural Diversity Initiative (2015-2020); and the Asian American Pacific Occupational Therapists of America (2012-current).

In 2016, Dr. Gupta joined the Department of Occupational Therapy at A.T. Still University as the Chair Program Director and Professor with Tenure.

Prior to her current position, Dr. Gupta has held other titles at St. Catherine University such as a Assistant Professor in the Department of OSOT (2000-2004); Assistant Professor in the Department of Physical Therapy Program (2005-2006); Associate Professor with Tenure, Doctor of Physical Therapy Program and Department of Occupational Science and Occupational Therapy (2006-2013); and Professor with Tenure, Doctor of Physical Therapy Program and Department of Occupational Science and Occupational Therapy (2013-2016).

Dr. Gupta actively serves on various committees including the Population Health Task Force, Conference proposals reviewer for AOTA and American Public Health Association, National Association for the Practice of Anthropology (NAPA) Occupational Therapy and Occupational Science Special Interest Group, and the Advisory Council on Diversity.

**EXHIBIT A-2**

Dr. John Zerwas
Page two
October 03, 2022

Dr. Gupta has 69 publications in peer reviewed journals and roughly 102 presentations – invited and peer reviewed. Dr. Gupta is highly regarded by her peers and has received roughly 26 awards and honors.

Dr. Gupta is committed to teaching at all levels and has mentored many students throughout her career.

In summary, Dr. Gupta is a dedicated and creative scholar, excelling in research, teaching, and service, and is well-qualified for the appointment as Professor and Chair with tenure at UTMB.

Your approval of this appointment is recommended for ratification via the institutional docket.

Sincerely yours,

Deborah Jones, PhD, MSN, RN
Provost *ad interim*
Senior Vice President and Dean, School of Nursing

APPROVED DATE: 10/5/22

Charles P. Mouton, MD, MS, MBA
President *ad Interim*

APPROVED DATE: 10/6/2022 tkm

John M. Zerwas, MD
Executive Vice Chancellor for Health Affairs
The University of Texas System

Distribution of approved copies: Original to President and copies to Chancellor's Office; Health Affairs Office and Office of Budget and Fiscal Policy.

**EXHIBIT A-2**

 Health

Deborah J. Jones, PhD, MSN, RN
Senior VP, Provost *ad interim*
and Dean of the School of Nursing
Rebecca Sealy Distinguished Centennial Chair
301 University Boulevard
Galveston, Texas 77555-0133
O 409.772.1510
E debijone@utmb.edu

Office of the Provost *ad interim*

November 11, 2022

Charles P. Mouton, MD, MS, MBA
President, *ad interim*
The University of Texas Medical Branch
Suite 604, Administration Bldg.
Galveston, TX 77555-0133

Dear Dr. Mouton:

Your approval is requested to appoint Jyothi Gupta, PhD, OTR, Professor and Chair of the Department of Occupational Therapy in the School of Health Professions as the holder of the ROBERT KENDALL BING DISTINGUISHED PROFESSORSHIP IN OCCUPATIONAL THERAPY effective November 28, 2022, through November 27, 2027.

Dr. Gupta earned a Bachelor of Science in Biological Sciences in 1974, a Master of Science in 1976, and a Master of Philosophy in 1980 from the University of Mysore. She completed a Doctor of Philosophy in Cell Biology in 1987 from the University of Windsor and a Bachelor of Health Science in Occupational Therapy in 1997 from the McMaster University. She completed postdoctoral fellowship training in 1988 in the Department of Biology at the University of Waterloo, in 1989 from the Department of Pharmacology from the Dalhousie University, in 1992 in the Department of Biochemistry and in 1995 in the Cancer Research Group from the McMaster University. She served as an Occupational Therapist from 1998 through 1999 at the Hamilton Psychiatric Hospital, an Assistant Professor in the Department of Occupational Science and Occupational Therapy and in the Doctor of Physical Therapy Program from 2005 through 2006 at St. Catherine University from 2000 through 2004. She was promoted to Associate Professor in 2006 and Professor in 2013. She served as Chair, Program Director, and Professor in the Department of Occupational Therapy at A.T. Still University from 2016. She will join our faculty on November 28, 2022, as Professor and Chair of the Department of Occupational Therapy.

Dr. Gupta has held numerous committee positions ranging from the Society for the Study of Occupation Scientific Review Committee (2012-2014), Multicultural Diversity Initiative (2015-2020), and the Asian American Pacific Occupational Therapists of America (2012-current). She has also actively served on the Population Health Task Force. She has been a conference proposal reviewer for the American Occupational Therapy Association (AOTA), the National Association for the Practice of Anthropology (NAPA), the Occupational Therapy and Occupational Science Special Interest Group, and the Advisory Council on Diversity.

In addition to her teaching duties, Dr. Gupta has served as an Advisor to 40 graduate students.

**EXHIBIT A-3**

Charles P. Mouton, MD, MS, MBA
November 11, 2022
Page 2

Among her honors, Dr. Gupta received the AOTA *Service Commendation* in 2015, 2013 (twice), 2011 (twice), 2010 (three times), 2009 (twice), 2008 (twice), and 2007. She also received the *Upper Midwest Association for Intercultural Education Award-Intersections of Culture and Women's Health in India* in 2012, the *National Council for Undergraduate Research Mentor Award* in 2011, and the *Distinguished Lectureship Award* from the Association of Asian/Pacific Occupational Therapists of America in 2010. She was named a Fellow of the AOTA in 2013.

Dr. Gupta has published 69 articles in peer-reviewed journals. She has given 102 invited presentations

Dr. Gupta will be a valuable member of the School of Health Professions and this Institution, and I am pleased to recommend her for consideration.

Sincerely yours,

Deborah J. Jones, PhD, MSN, RN
Senior VP, Provost *ad interim*
Dean of the School of Nursing

APPROVED DATE: 11/18/22

Charles P. Mouton, MD, MS, MBA
President, *ad interim*

**EXHIBIT A-3**

 Health

David A. Brown, PT, PhD, FAPTA
Senior Vice President and Dean
School of Health Professions
George T. Bryan Distinguished Professor
Office of the Dean

301 University Blvd.
Galveston, Texas 77555-1028
O 409.772.3001  F 409.747.1623
E davibrow@utmb.edu
W www.shp.utmb.edu

October 31, 2022

Dr. Giulio Taglialatela
Chair, Committee on Endowed Faculty Positions
106 Administration Building
Galveston, TX 77555

Dear Dr. Taglialatela,

I wish to nominate Jyothi Gupta, PhD, OTR, for appointment to the Bing Distinguished Professorship in Occupational Therapy in the School of Health Professions for five years. Dr. Gupta has been hired as a Professor and Chair of the Occupational Therapy Department as of November 28, 2022.

Dr. Gupta received her PhD degree from the University of Windsor in 1987. She also received her Bachelor of Science degree in Biological Sciences in 1975. In 2016, Dr. Gupta joined the Department of Occupational Therapy at A.T. Still University as the Chair Program Director and Professor with Tenure.

Dr. Gupta has held numerous committee memberships positions ranging from the Society for the Study of Occupation Scientific Review Committee (2012-2014), Multicultural Diversity Initiative (2015-2020) and the Asian American Pacific Occupational Therapists of America (2012-current). She has also actively served on the Population Health Task Force, has been a conference proposal reviewer for AOTA and American Public Health Association, National Association for the Practice of Anthropology (NAPA), Occupational Therapy and Occupational Science Special Interest Group, and the Advisory Council on Diversity.

Dr. Gupta has 69 publications in peer reviewed journal and roughly 102 presentations – invited and peer reviewed and is a dedicated and creative scholar, excelling in research, teaching, and service. Dr. Gupta is highly regarded by her peers and has received 26 awards and honors. I have included a copy of her CV.

Dr. Robert Bing, who established the Professorship, was the second dean of the School of Health Professions and an occupational therapist. I am recommending Dr. Gupta for this Professorship for five years.

Sincerely,

David A. Brown, PT, PhD, FAPTA
Senior Vice President and Dean
George T. Bryan Distinguished Professor

**EXHIBIT A-3**

**Candidate ID #:** <u>100308</u>
**Requisition ID #:** <u>2500811</u>



February 13, 2025

Dr. Jyothi Gupta
5820 Harper Park Drive, Unit #6
Austin, Texas 78735

Dear Dr. Jyothi Gupta,

I am very pleased to offer you the position of Director of External Campus Programs - Occupational Therapy, to be effective upon a mutually agreed upon transfer date. In your new role, you will report directly to David Brown, PT, PhD, FAPTA, FASAHP, Senior Vice President; Dean, School of Health Professions. This appointment is without a fixed term and serves at the discretion of the President.

- Your starting salary will be $14,583.33 monthly, annualized at $175,000.00.

- You may be eligible to participate in the AP At-Risk Compensation Program beginning FY25 subject to the terms of the plan agreement and contingent upon achievement of financial and specific mutually agreed upon goals. The maximum award amount is equivalent to 10% of your base pay, prorated for months of participation in the plan year. The program requires that you serve at least six months of active employment in this role with UTMB Health (actual time worked in the current fiscal year) in order to be eligible for a payout. Please note that FY25 began on September 1, 2024. The President of UTMB or his/her designee can modify/terminate the At-Risk Compensation Program at any time based on financial or operational considerations.  Also, note that with your primary appointment as Director of External Campus Programs, you will no longer be eligible to participate in the Provost At-Risk Compensation Plan.

-  As a UTMB Health benefit-eligible employee, your benefits will continue with your current benefit profile. You will be able to make changes during annual enrollment.

This offer is contingent upon the successful completion of a satisfactory UTMB and/or TDCJ criminal background check and verification of your references, education, and applicable credentials and the UTMB and UT System staffing and budget approval process. You may be allowed to start while verification of references/previous employment and education is in process, but the offer remains contingent on the successful completion of all onboarding components.

If this position involves any type of patient contact, the offer is also contingent on your ability to provide proof of vaccinations or immunity to certain vaccine-preventable diseases including IGRA Testing (TB Testing). Only American Heart Association BLS, ACLS, and PALS are acceptable at UTMB. If your card is from other sources, please speak with your recruiter today and find a class here - https://elearning.heart.org/.

**Appointments and Responsibilities:**

<u>Primary</u>:

Your primary appointment and responsibilities will be as Director of External Campus Programs - Occupational Therapy.

<u>Secondary</u>:

In addition to your primary appointment as Director of External Campus Programs, You will hold a secondary appointment, as without salary, Professor, tenured, in the Department of Occupational Therapy.

**Special COI Verbiage:**
UTMB employees are State Employees of Texas and public servants. Thus, the primary responsibility of UTMB

**EXHIBIT B**

employees is the fulfillment of the duties and responsibilities assigned to one's position of appointment (UTS 180; UT Regents' Rule 30104, Sec. 1). To that end, employees must adhere to federal and state laws, UT System policies, and UT Board of Regents' Rules with respect to conflicts of interest, conflicts of commitment, and ethics principles. UTMB has several institutional conflicts of interest and ethics policies that must be adhered to by all employees. Two policies are of particular importance, namely those governing research conflicts of interest and the permissibility of engaging in outside activities (i.e., consulting, speaking engagements, board service, any interest in a business entity).

Per federal regulation and institutional policy, any employee who is or will be engaged in research activities or seeks funding for research projects must first complete a conflicts of interest disclosure statement and conflicts of interest training. For further information on how to complete these requirements, please contact the Conflicts of Interest Office at conofint@utmb.edu.

Additionally, per UTMB policy, employees must request prior approval for certain outside activities. Often, personal outside activities such as consulting, speaking, board service, or an ownership interest in a business entity are permissible so long as a conflict of interest or the appearance thereof is not present. Even still, so long as a conflict can be managed, the activity may generally be approved. To request prior review and approval of any outside activity, please contact UTMB's Conflicts of Interest Office at conofint@utmb.edu for specific instructions on how to access the web-based portal to request approval of any outside activity.

**Special IP Notice:**

Intellectual property (a) developed within the course and scope of your employment, (b) resulting from activities performed on U. T. System/UTMB time or supported by state funds or a grant/contract, or (c) resulting wholly or in part from use of facilities or resources owned by U. T. System/UTMB is owned by the U.T. System Board of Regents. As an employee of UTMB, you must assign and do hereby assign your rights to any and all said intellectual property to U.T. System/UTMB. Please see the Rules and Regulations of the Board of Regents of The University of Texas System for additional information.

Please indicate your acceptance by signing and returning the letter by 02/17/2025.

Sincerely,

James E. Patterson III,
Senior Recruiter
UTMB Health

*I have received the letter confirming salary. I understand that no other promises, representations or agreements have been made by anyone with respect to the terms or conditions of my employment. I understand that this letter does not constitute an employment contract. I understand and agree that I am subject to the policies and procedures established by the Board of Regents of the University of Texas System and state laws regarding my employment.*

**EXHIBIT B**

Attachments

—

**\*** Please acknowledge your offer:

Accept the offer ⌄

**\*** If Accepted, please enter "Accepted." If refused, please enter a declination reason.

ACCEPTED

**\*** Please enter your **Email Address** as your electronic signature.

**EXHIBIT B**

**utmb** Health

Working together to work wonders.

Office of Human Resources

301

University Blvd

Galveston, Texas 77555
**O** 409.772.8696 **F** 409-747-0333

March 31, 2025

Jyothi Gupta, PhD, OTR/L, FAOTA
Director, External Campus Programs
School of Health Professions

Dear Dr. Gupta,

I regret to inform you that your position is being eliminated effective May 30, 2025, in accordance with the Institutional Handbook of Operating Procedures (IHOP) Policy 3.3.9. During this notice period, your employment status will remain unchanged unless you accept other employment prior to your separation date. As indicated in IHOP Policy 3.1.9, this action is not subject to appeal.

As an employee, you may contact James Patterson, Sr. Recruiter at (409) 747-4720 for assistance with searching for other employment opportunities within UTMB. Also available to you is NextJob, an outplacement service organization that provides job search assistance at no cost to you. You may contact NextJob at 1 (877) 290-7888 for any additional questions.

You may go online at www.utmb.edu/benefits/ or call (409) 772-2630 to obtain information regarding the continuation of medical, vision, and dental coverage, conversion of your term life insurance, and retirement options as applicable. I wish you the best in all your future endeavors.

Sincerely,

Melinda Sheffield-Moore, PhD
Senior Vice President and Dean, Graduate School of Biomedical Sciences
Dean *ad interim*, School of Health Professions
Lawrence E. Ethridge, Jr. Distinguished Professor

Enclosures

**EXHIBIT C**